| | |
|---|---|
| 1 | RACHELE R. BYRD (SBN 190634) |
| 2 | MARISA C. LIVESAY (SBN 223247) |
|   | BRITTANY N. DEJONG (SBN 258766) |
| 3 | **WOLF HALDENSTEIN ADLER**<br>  **FREEMAN & HERZ LLP** |
| 4 | 750 B Street, Suite 1820<br>San Diego, CA 92101 |
| 5 | Telephone: (619) 239-4599<br>Facsimile: (619) 234-4599 |
| 6 | byrd@whafh.com<br>livesay@whafh.com |
|   | dejong@whafh.com |
| 7 |   |
| 8 | *Attorneys for Plaintiff*<br>[Additional Counsel on Signature Page] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ELAINE WANG, | ) | 3:19-cv-03000-WHO |
|  | ) |  |
| Plaintiff, | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| AQUANTIA CORP., FARAJ AALAEI, DMITRY AKHANOV, DR. BAMI BASTANI, KEN PELOWSKI, GEOFFREY G. RIBAR, SAM SRINIVASAN, ANDERS SWAHN, and LIP-BU TAN, | ) ) ) ) ) | JUDGE: Hon. William H. Orrick<br>CTRM: 2 – 17th Floor |
|  | ) |  |
| Defendants. | ) |  |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice. Plaintiff requests that this Court retain continuing jurisdiction for purposes of entertaining a mootness fee application, if any, which will be filed under this case number.

DATED: August 13, 2019

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: _/s/ Rachele R. Byrd_
RACHELE R. BYRD
Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*

805754